IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOSHUA WADE RAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:20-CV-910-WKW ) |
| JOHN McFARLAND, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On March 1, 2022, the Magistrate Judge filed a Recommendation (Doc. # 50) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 50) is ADOPTED.

2. Plaintiff's motion for preliminary injunction (Doc. # 41) is DENIED.

3. The above-captioned case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 28th day of March, 2022.

                                               /s/  W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE