IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOSHUA WADE RAY, <br> AIS # 222665, <br><br> Plaintiff, <br><br> v. <br><br> DR. JOHN McFARLAND, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 3:20-CV-910-WKW <br> ) [WO] <br> ) <br> ) <br> ) |

## **ORDER**

On March 27, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 57.)  Upon an independent review of the record, it is ORDERED as follows:

(1)  The Recommendation is ADOPTED, and Plaintiff's claims against Dr. John McFarland, Sheriff Jay Jones, Captain Corey Welch, Lieutenant Timothy Jones, Sergeant Wilson, Sergeant Rodney D. Tabb, and Nurse Tanya Holsey are DISMISSED without prejudice.

(2)  Because the Recommendation recommends the involuntary dismissal of Plaintiff's action against Tehum Care Services, Inc. d/b/a Corizon Health, Inc./Corizon, LLC, ruling on this aspect of the Recommendation is RESERVED due

to the automatic stay of all proceedings against Tehum Care Services, Inc. d/b/a Corizon Health, Inc./Corizon, LLC under 11 U.S.C. § 362(a).  (Doc. # 56.)

(3) Because there is "no just reason for delay," Fed. R. Civ. P. 54(b), final judgment will be entered separately as to Plaintiff's action against Dr. John McFarland, Sheriff Jay Jones, Captain Corey Welch, Lieutenant Timothy Jones, Sergeant Wilson, Sergeant Rodney D. Tabb, and Nurse Tanya Holsey.

DONE this 24th day of April, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE